# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JASON KAUFFMAN,<br><br>   Plaintiff,<br><br> v.<br><br>CANCER GENETICS, INC., GEOFFREY HARRIS, EDMUND CANNON, HOWARD MCLEOD, FRANKLYN G. PENDERGAST, STEMONIX, INC., and CGI ACQUISITION, INC.,<br><br>   Defendants. | )<br>)<br>)<br>) Case No. 1:20-cv-01515-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 18, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*
  Seth D. Rigrodsky (#3147)
  Brian D. Long (#4347)
  Gina M. Serra (#5387)
  300 Delaware Avenue, Suite 210
  Wilmington, DE 19801
  Telephone: (302) 295-5310
  Facsimile: (302) 654-7530
  Email: sdr@rl-legal.com
  Email: bdl@rl-legal.com
  Email: gms@rl-legal.com

*Attorneys for Plaintiff*